IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM PERRY LACEY | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | No. 14-5067 |
| | : | |
| JERRY SANDUSKY | : | |
| PENN STATE COLLEGE | : | |

## ORDER

**AND NOW**, this 1st day of October, 2014, upon consideration of the plaintiff's complaint, motion to proceed *in forma pauperis*, and notice to proceed, **IT IS ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The plaintiff shall pay the filing fee of $350.

3. The plaintiff is assessed an initial partial filing fee of $ 31.67.  The Warden or other appropriate official at the Federal Correctional Institution at Forth Worth or any prison at which plaintiff may be incarcerated is directed to deduct $ 31.67 from the plaintiff's inmate trust fund account, when such funds become available, and forward that amount to be credited to Civil Action No. 14-5067, to the following address:

> Clerk of the United States District Court
> for the Eastern District of Pennsylvania
> 601 Market Street, Room 2609
> Philadelphia, Pennsylvania 19106

4. The Warden or other appropriate official at the Federal Correctional Institution at Forth Worth or any prison at which the plaintiff may be incarcerated shall, after the initial partial filing fee is paid and until the balance of the filing fee is paid in full, deduct

from the plaintiff's account, each time that the plaintiff's inmate trust fund exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount, to be credited to Civil Action No. 14-5067, to the address provided above in paragraph three.

     5.     Plaintiff's complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

     6.     The Clerk of Court is directed to forward copies of this Order to the Warden of the Federal Correctional Institution at Forth Worth and the plaintiff.

        /s/Timothy J. Savage
        TIMOTHY J. SAVAGE,  J.